IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 11-cv-851-JPG-SCW |
| JIM TITSWORTH MASONRY CONTRACTOR, INC., an Illinois Corporation, SAMUEL L. TITSWORTH, and WILMA L. TITSWORTH, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   April 27, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
             J. PHIL GILBERT
             U. S. DISTRICT JUDGE